JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 16-2079-PA (AGR) | Date | December 2, 2016 |
|---|---|---|---|
| Title | Franklin Rodriguez v. Jeh Johnson, et al. | | |

Present: The Honorable   Percy Anderson, United States District Judge

| Stephen Montes Kerr | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        In Chambers:  **DISMISSAL OF PLAINTIFF'S COMPLAINT**

Plaintiff's civil rights complaint was transferred here from the Eastern District on September 29, 2016.  Plaintiff did not pay the filing fee in the Eastern District; nor has he paid the filing fee in this district.  Further, Plaintiff has not authorized the prison to deduct payments toward the payment of the fee.

On October 4, 2016, the magistrate judge ordered Plaintiff to submit the filing fee or a Prisoner Authorization.  A copy of form CV-60P, which includes a Prisoner Authorization, was mailed to Plaintiff.  (Dkt. No. 7.)  The magistrate judge admonished Plaintiff that if he failed to submit the fee or the Prisoner Authorization by November 4, 2016, his complaint was subject to dismissal.  (*Id.*)

Plaintiff has not complied with the magistrate judge's order.

The complaint is DISMISSED without prejudice and the Clerk is directed to close the case.

Initials of Preparer        smk